Gmail                                                                                             Ari Teman <ari@teman.com>

## Update on rocket attacks at Airport + Medical condition
1 message

**Ari B. Teman** <ari@teman.com>                                                                 Wed, Nov 6, 2024 at 12:45 PM
To: "Gutwillig, Jacob (USANYS)" <Jacob.Gutwillig@usdoj.gov>
Cc: Eden Quainton <eden.quainton@quaintonlaw.net>, Thomas Butler <thomasbutler414@gmail.com>

Hi Jake,

Congratulations on the election results. We all look forward eagerly to learning who the new head of the DOJ and SDNY will be, especially in light of President Trump and Mr. Musk's opinion of the current DOJ.

**Update on Rocket Attacks**

Please see this update on the rocket attacks, either via the attached image, a screenshot,or this link: https://x.com/StandWithUs/status/1854092459363483768

This was about 30 minutes ago. The airport is under those pins and we were just in a bomb shelter. In light of these attacks, will you kindly inform the Court that you consent to extend the time in Israel until Jan 15 as rocket attacks are still ongoing and it is unsafe to fly into or out of the airport being targeted.

**Medical update - BOP and Larkin lied to you & you tortured me**

I also want to make you aware that the BOP and Larkin hospital demonstrably lied to you about there being nothing wrong when they did the examinations, and that they provided demonstrably false medical records (including notes by a doctor *who was never in the room with me and never spoke with me*) and that this has been confirmed by multiple medical experts at Miami Beach Mount Sinai, and elsewhere, including with imagery showing large varicoceles requiring surgery, and that these would cause 9/10 orchialgia pain I reported.

Per the Mount Sinai specialist it would be "difficult if not impossible" to miss these as they are large and distinct. He has also confirmed that the inflammatory diet would exacerbate these conditions.

Furthermore, Dr. Brusovanik and his partner confirmed via MRI degenerative discs (which are chronic conditions). The imagery cannot be disputed and we can bring 1000 experts to confirm what it shows.

What it shows is a chronic condition for which you ALREADY had records, and thus never needed another X-ray or MRI to confirm.

I believe that with God's continued help, should the case continue under Trump and Elon you will not be able to hide your torturing of a United States citizen.

Instead, you should conceed that in light of the additional torture I suffered via medical incompetence (really, fraud) by the BOP and Larkin, I should be allowed to remain with my family and to get medical treatment in Israel.

**The 2255 and Appeal present to you the opportunity to do the right thing**

Right now you have an easy opportunity to review the filings in the 2255 and Rule 33 and concede that there was no crime or intent to commit a crime, as Professors Lessig, Dershowitz, Coleman, and others have agreed. Their voices will ring even more powerfully in the new administration, I am sure.

You therefore have an opportunity and responsibility now to do the right thing and move to dismiss this case entirely.

You can accurately and truthfully concede that
(A) I was denied effective representation and that had I had adequate representation it would have been clear to the Government and Court that (B) I had contractual authorization to draft the RCCs.

I would imagine whomever replaces your boss is going to investigate this case, and it will not be good for you if you continue to cheat and act unethically. I encourage you to dismiss this case today. In the meantime, you can update the

court that you concede to switch to Non-Reporting Probation.

I would be more than happy for you to arrange a settlement with counsel such that we do not have to litigate this further civilly as well despite the massive damage you caused to me and my family and companies. For settlement purposes only, no rights or claims waived herein.

I've won, Jake. Now is the time to save your own career and do the right thing. Williams cannot help you.


Ari



Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

**Featured in:**
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

**Visit us for a demo:**
NYC: Herald Square

6/1/25, 1:12 PM
Case 1:25-cv-04699-JA  Document 1-1  Filed 06/01/25  Page 3 of 3
12genius LLC Mail - Update on rocket attacks at Miport 2.5 Medical condition

Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.